**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER                                                                                         TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                                                     FACSIMILE: (212) 239-9175
CHRISTINA S. COOPER                                                                                  DanielParker@aol.com

October 11, 2020

**By ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Michael Clemons**
11 Cr 630 (KMK)

Dear Judge Karas:

    I represent Michael Clemons. I write with the consent of the Government and Probation, requesting that the Court amend the terms and conditions of Mr. Clemons' bail and allow him to move to 58 Bruce St., Yonkers, NY forthwith.

    Both Probation Office Jeffrey Steimel and AUSA Lindsay Keenan have no objection.

    Mr. Clemons was arraigned on this pending Violation of Supervised Release on June 10, 2020s and a condition of his bond was that he reside with his sister. His sister's apartment is small and she does not want Mr. Clemons to continue to reside with her. Mr. Clemons, and his fiancé, Stephanie Cintron have taken a lease effective Tuesday at the above-referenced address.

    If the foregoing meets with the Court's approval, then I respectfully request that you "So Order" this letter.

    Thank you for your consideration in this matter.

Granted.
So Ordered.

/s/ [signature]
10/12/20

Respectfully submitted,

/s/

Daniel S. Parker
Parker and Carmody, LLP
850 Third Avenue

14th Floor
New York, NY 10022
Tel. 917-670-7622

Cc: AUSA L. Keenan (by email)
Probatio Officer J. Steimel (by email)