**MEMO ENDORSED**

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

January 25, 2021

**By ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>United States v. Michael Clemons</u>
11 Cr 630 (KMK)

Dear Judge Karas:

    I represent Michael Clemons. I write to update the Court as to the status of Mr. Clemons, an update as to his Yonkers case, and to request that the Court adjourn this VOSR matter for at least six weeks for a conference. I have spoken with AUSA Lindsey Keenan and the Government does not object to this request.

    Mr. Clemons suffered a stroke in late November 2020. He was hospitalized and then discharged home. His Yonkers court case, which sets forth the conduct alleged in Specification # 1 in the VOSR, is still pending. Last week, I spoke with his attorney who is representing Mr. Clemons in that case. Mr. Clemons had a court date in Yonkers about a week or two ago, but he was excused from appearing in person. After conferring with his attorney, I asked him to try to "move" that case so that we could resolve this case. His attorney is trying to schedule that case for February 2, 2020 in Yonkers Criminal Court. We anticipate that on or about February 2nd, the Yonkers Court will then adjourn the case for disposition/trial to another date.

    Once that Yonkers case is resolved, we hope to resolve this VOSR matter.

    In the meantime, after conferring with Probation Officer Steimel, I believe Mr. Clemons remains fully compliant with the terms of his supervised release. Although he is currently unable to work and is experiencing post-stroke physical impairment, he is attending counseling sessions on a regular basis (I believe remotely).

1

If the foregoing request meets with the Court's approval, then I respectfully request that the Court set a new date in this matter for a conference at least six weeks from today.

Thank you for your consideration in this matter.

Respectfully submitted,

Daniel S. Parker
Parker and Carmody, LLP
850 Third Avenue
14th Floor
New York, NY 10022
Tel. 917-670-7622

Cc: AUSA L. Keenan (by email)
Probation Officer J. Steimel (by email)

Granted. The Court will hold a teleconference on March 11, 2021 at 11:00 AM

SO ORDERED
KENNETH M. KARAS U.S.D.J.

2