# MEMO ENDORSED

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 East 33rd Street
6th Floor
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

March 7, 2021

**By ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>United States v. Michael Clemons</u>
11 Cr 630 (KMK) - VOSR

Dear Judge Karas:

I represent Michael Clemons. I write to update the Court as to the status of Mr. Clemons' Yonkers court case and to request that this Court adjourn this VOSR matter for at least six weeks for a conference. I have spoken with AUSA Lindsey Keenan and the Government does not object to this request.

It remains my hope that as soon as Mr. Clemons' Yonkers court case, which sets forth the conduct alleged in Specification # 1 in the VOSR, is resolved, then we will be able to resolve this VOSR matter. However, his case in Yonkers is still pending.

In January, I spoke with the attorney who is representing Mr. Clemons in that case. He was trying to schedule that case for an in-person appearance on February 9, 2020 in Yonkers Criminal Court so that Mr. Clemons could appear and then the case would be adjourned for disposition/trial to another date where we were hopeful that it would be resolved. On February 9, 2021, Mr. Clemons appeared in court, but his attorney, who had just been diagnosed with COVID, did not. Accordingly, the case was not calendered and no new date is pending.

On March 5, 2021, I again spoke with his attorney, who told me that he has recovered, but that as a result of the pandemic, there remain scheduling restrictions on in-person court appearances in Yonkers, but that he will endeavor to schedule Mr. Clemons' case in the next three weeks. Once Mr. Clemons appears, it remains my understanding that the case will then be adjourned for trial to a future date, at which time we hope it will be resolved.

1

In the meantime, I believe Mr. Clemons remains fully compliant with the terms of his supervised release. Although he is currently unable to work and is experiencing post-stroke physical impairment, he is attending counseling sessions on a regular basis (I believe remotely).

If the foregoing request meets with the Court's approval, then I respectfully request that the Court set a new date in this matter for a conference at least six weeks from today.

Thank you for your consideration in this matter.

Respectfully submitted,

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd St., 6th Floor
New York, NY 10016
Tel. 917-670-7622

Cc:  AUSA L. Keenan (by email)
     Probation Officer J. Steimel (by email)

*Granted. The Court will hold a conference via telephone on May 14, 2021 at 10:00 AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

3/10/2021