MEMO ENDORSED

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 East 33rd Street
6th Floor
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

April 29, 2021

**By ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

### Re: United States v. Michael Clemons
### 11 Cr 630 (KMK) - VOSR

Dear Judge Karas:

I represent Michael Clemons. I write with the consent of the Government requesting that the Court adjourn this case for 60 days.

Unfortunately, due to extremely limited calendars in Yonkers Criminal Court, Mr. Clemons has not been able to resolve that case, for which the alleged conduct serves as one of the specifications in this VOSR. I have spoken with the attorney who represents Mr. Clemons in Yonkers and he has informed me that he will endeavor to schedule that matter as soon as possible.

In the meantime, I believe Mr. Clemons remains fully compliant with the terms of his supervised release. Although he is currently unable to work and is experiencing post-stroke physical impairment, he is attending counseling sessions on a regular basis and remains in compliance with his supervision obligations.

If the foregoing request meets with the Court's approval, then I respectfully request that the Court set a new date in this matter for a conference at least 60 days from today.

Thank you for your consideration in this matter.

Respectfully submitted,

1

*[signature]*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd St., 6th Floor
New York, NY 10016
Tel. 917-670-7622

Cc: AUSA L. Keenan (by email)
    Probation Officer J. Steimel (by email)

Granted. The Court will hold a hearing on July 20, 2021 at 10:00 AM

SO ORDERED *[signature]*

KENNETH M. KARAS U.S.D.J.

4/29/2021