**MEMO ENDORSED**

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
DanielParker@aol.com

July 13, 2021

**By ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>United States v. Michael Clemons</u>
11 Cr 630 (KMK)

Dear Judge Karas:

I write to advise the Court that Michael Clemons intends to admit to violating his supervised release and move for immediate sentencing at the next scheduled conference of July 20, 2021, at 10 a.m.  After conferring with AUSA Lindsey Keenan, I have advised her that Mr. Clemons will admit to all three of the specifications set forth in the Violation report dated January 14, 2019.

Mr. Clemons and counsel request permission to appear remotely and we consent to the proceedings going forward by telephone.  I have spoken with Mr. Clemons, advised him of his right to be physically present in the courthouse, discussed the pandemic and its impact on some in-person proceedings, and he waives his right to be physically present and consents to appear by telephone.

I have spoken with AUSA Lindsey Keenan and the Government does not object to this request.

If the foregoing request meets with the Court's approval, then I respectfully request that the Court grant the application that the VOSR proceeding scheduled for next week go forward remotely at which time Mr. Clemons will admit to the violations and move for immediate sentencing.

1

Thank you for your consideration in this matter.

Respectfully submitted,

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
Tel. 917-670-7622

Cc: AUSA L. Keenan (by email)
Probation Officer J. Steimel (by email)

The Court will hold the conference via telephone on Tuesday, July 20, 2021 at 9:30 AM

SO ORDERED
KENNETH M. KARAS U.S.D.J.
7/14/2021