

MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street
Suite 1100
White Plains, NY 10606

February 1, 2023

**BY EMAIL and ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Knowles et al*, No. 11 Cr. 630 (KMK)

Dear Judge Karas:

    The Government respectfully submits this letter, with the consent of the United States Probation Office ("Probation"), to request that the Court unseal the portions of Probation's file related to the VOSR specifications in the October 17, 2022 Amended VOSR Petition charging Michael Clemons with violating conditions of his supervised release. Probation has indicated that these requested materials may be relevant to the instant VOSR proceedings. Accordingly, the Government respectfully requests that the Court "So Order" this letter and unseal the requested materials.

So Ordered,
*[signature]*
2/6/23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

*[signature]*

Ben Arad
Assistant United States Attorney
(914) 993-1907

cc: Daniel Parker, Esq.