UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA                                    :
:
    - v. -                                            :   ORDER
:
MICHAEL CLEMONS,                                            :   11 Cr. 630 (KMK)
:
    Defendant.                                         :
:
------------------------------------------------------------x

        On or about June 1, 2023, during Defendant MICHAEL CLEMONS' sentencing for violations of supervised release in the above-captioned case, this Court ordered on the record that a qualified examiner (the "Examiner") conduct a psychiatric and/or psychological examination of CLEMONS while the Defendant remains incarcerated, in order to assess his mental health so that the United States Probation Office can assign CLEMONS to the appropriate mental health treatment program upon termination of his incarceration and commencement of his period of supervised release.

        ACCORDINGLY, it is hereby ORDERED that the Bureau of Prisons conduct a psychiatric and/or psychological examination of CLEMONS forthwith;

        ORDERED that the Examiner provide a report of the examination to the Court within 30 days of the date of the examination, with copies provided to: Probation Officer Jeffrey Steimel, jeff_steimel@nysp.uscourts.gov; defense counsel Daniel Parker, Esq., danielparker@aol.com; and Assistant United States Attorney Ben Arad, ben.arad@usdoj.gov; and it is further

ORDERED that the Clerk of the Court serve a copy of this Order upon the Bureau of Prisons.

Dated: White Plains, New York
September 19, 2023

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE