**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

October 18, 2024

**By ECF and email**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Michael Clemons**
11 CR 630 – VOSR 3

Dear Judge Karas:

    I write requesting that the Court reappointment me pursuant to the Criminal Justice Act to represent Michael Clemons *nunc pro tunc* to July 1, 2023, on this VOSR matter. I previously submitted a voucher for legal services rendered through June 2023, but I was re-engaged by the Court and Mr. Clemons to provide additional legal services after that date.

    If the foregoing meets with the Court's approval, then I respectfully request that you "So Order" this letter. I will send a copy of the Court's order to the CJA Clerk.

    Thank you for your immediate attention to and consideration in this matter.

Granted.
So Ordered.
*/s/ KMK*
10/18/24

Respectfully submitted,

*Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd St., 6th Floor
New York, NY 10016
917-670-7622
DanielParker@aol.com

Cc: All parties (By ECF and email)